ALBERT SMITH v. THE STATE.

No. 3557.  Decided May 8, 1907.

**Forgery—Withdrawal of Notice of Appeal.**

Where appellant filed his motion to withdraw his notice of appeal in the trial court, his request was granted in the appellate court, when the trial court had failed to act.

Appeal from the District Court of McLennan. Tried below before the Hon. Sam R. Scott.

Appeal from a conviction of passing a forged instrument; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

F. J. McCord, Assistant Attorney-General, for the State.

BROOKS, Judge.—Appellant was convicted for passing a forged instrument. He filed motion to withdraw his notice of appeal in the trial court, which fact was entered upon the minutes of the court, and transmitted with the record to this court for its action. Appellant had the right to withdraw his appeal and accept sentence in the trial court; having filed his motion to withdraw his notice of appeal there, it should have been granted, but this court will grant appellant's request, and dismiss the appeal, and it is accordingly so ordered.

*Dismissed.*